☒ FILED    ☐ LODGED

# Feb 28 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1  RACHEL C. HERNANDEZ
   Acting United States Attorney
2  District of Arizona
   MEGAN KELLY
3  Assistant U.S. Attorney
   Virginia State Bar No. 98254
4  Two Renaissance Square
   40 N. Central Ave., Ste. 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: Megan.Kelly@usdoj.gov
   Attorneys for Plaintiff
7

8            IN THE UNITED STATES DISTRICT COURT

9             FOR THE DISTRICT OF ARIZONA

10  United States of America,            No.  25-6046MJ

11              Plaintiff,                CR-25-00310-PHX-ASB
                                          **INFORMATION**
12       v.
                                          VIO:   8 U.S.C. §§ 1324(a)(1)(A)(ii) and
13  Junior Joel Arena-Castillo,                  (a)(1)(B)(i)
                                                 (Transportation of an Illegal Alien
14              Defendant.                        for Profit)
                                                 Count 1
15
                                                 18 U.S.C. § 371
16                                               (Conspiracy to Commit an Offense
                                                 Against the United States, Namely,
17                                               Bringing an Illegal Alien to the
                                                 United States)
18                                               Count 2

19  THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

20                         **<u>COUNT 1</u>**

21       On or about February 13, 2025, in the District of Arizona, the defendant, JUNIOR

22  JOEL ARENA-CASTILLO, knowing and in reckless disregard of the fact that certain

23  aliens, Silver Ivan Flores-Xol and Alejo Perez-Gil, had come to, entered, and remained in

24  the United States in violation of law, did knowingly transport and move said aliens within

25  the United States by means of transportation and otherwise in furtherance of such violation

26  of law, for the purpose of commercial advantage or private financial gain.

27       In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and

28  (a)(1)(B)(i).

## COUNT 2

Beginning on an unknown date and continuing up to and including February 13, 2025, in the District of Arizona and elsewhere, defendant JUNIOR JOEL ARENA-CASTILLO did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1.     On or before February 13, 2025, unknown co-conspirators in Mexico brought Silver Ivan Flores-Xol and Alejo Perez-Gil to the Mexican border with the United States, with the purpose that Silver Ivan Flores-Xol and Alejo Perez-Gil would enter the United States, knowing and in reckless disregard of the fact that Silver Ivan Flores-Xol and Alejo Perez-Gil did not have prior official authorization to come to, enter, and reside in the United States; and

2.     On or about February 13, 2025, defendant JUNIOR JOEL ARENA-CASTILLO transported Silver Ivan Flores-Xol and Alejo Perez-Gil in a vehicle within the District of Arizona to facilitate Silver Ivan Flores-Xol and Alejo Perez-Gil's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this ___19th___ day of ___February_____, 2025.

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

*Megan Kelly*     Digitally signed by MEGAN KELLY
Date: 2025.02.19 14:23:27 -07'00'

MEGAN KELLY
Assistant U.S. Attorney